UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **KEVIN LAVON GILES,** Defendant. | **2:21-CR-20398-TGB-KGA** HON. TERRENCE G. BERG **ORDER STRIKING DEFENDANT'S *PRO SE* SWORN COMPLAINT (ECF NO. 323).** |

On November 7, 2024, Defendant Kevin Lavon Giles filed a "Sworn Complaint Against Hon Terrence G. Berg." ECF No. 323. Defendant is represented by James W. Amberg.

When a defendant who is represented by an attorney proceeds *pro se* (without an attorney), they are proceeding in a "hybrid" fashion. *See McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984). The right of self-representation does not include the right to proceed in such a manner. *See McKaskle*, 465 U.S. at 183 ("*Faretta* does not require a trial judge to permit 'hybrid' representation"); *United States v. Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987) ("[T]he question whether to allow a defendant to participate in his own defense along with counsel in 'hybrid representation' is a matter committed to the sound discretion of the trial court.").

1

2

Defendant may not be permitted to circumvent this rule to proceed in a hybrid fashion. Accordingly, Defendant's "Sworn Complaint Against Hon Terrence G. Berg" (ECF No. 323) is stricken from the record. As long as Defendant is represented, he must seek relief through counsel.

**SO ORDERED.**

Dated: November 13, 2025    s/Terrence G. Berg
                            _____
                            HON. TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE